IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

Mitchell Marbury,
    Plaintiff,

        CASE NO. 4:18-CV-00925-CLS

vs.

Warden DeWayne Estes, et al.,
    Defendants.

## NOTICE OF APPEAL

Comes now the Plaintiff, in the above-styled cause, and submits his Notice of Appeal regarding denial of his Motion To Alter Amend And Vacate The Judgment of The Court.

Plaintiff requests this court to grant him leave to file IFP due to his financial status.

Dated: 3/16/22

                              M. Marbury
                              Mitchell Marbury
                              A25#188814-M25
                              1000 St. Clair Rd
                              Springville, AL 35146

# CERTIFICATE OF SERVICE

I, Mitchell Marbury, swear, verify, or states that the foregoing is true and correct and copy of the same has been respectfully submitted upon all parties to this action in the district court by placing the same in the United States Mail Postage, Pre-paid and addressed to the following:

United States District Court
Northern District of Alabama
101 Homes Avenue
Huntsville, Alabama 35801

M. Marbury AIS#138814-M25
Mitchell Marbury
AIS#138814-M25
1000 St. Clair Rd
Springville, AL 35146