# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MITCHELL MARBURY,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 4:18-CV-00925-CLS |
| **WARDEN DEWAYNE ESTES, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

This action is before the court on the motion of plaintiff, Mitchell Marbury, to proceed *in forma pauperis* on appeal. Doc. no. 67. Upon consideration, the motion is GRANTED.

**DONE** and **ORDERED** this 25th day of March, 2022.

_____
Senior United States District Judge