**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 28, 2022

Mitchell Marbury
St. Clair CF - Inmate Legal Mail
1000 ST CLAIR RD
SPRINGVILLE, AL 35146-0000

Appeal Number:  22-10916-A
Case Style:  Mitchell Marbury v. Warden III, et al
District Court Docket No:  4:18-cv-00925-CLS-JHE

NOTICE TO INCARCERATED APPELLANT OF THE DOCKETING AND FILING FEE REQUIREMENT
UNDER THE PRISON LITIGATION REFORM ACT

The Prison Litigation Reform Act of 1995 (hereinafter "the Act"), 28 U.S.C. § 1915 (as amended), requires, in all civil appeals by prisoners, payment of the docketing and filing fee to the clerk of the United States District Court where you filed your notice of appeal. This is true even though the district court has permitted you to proceed with this appeal in forma pauperis. If you are unable to pay the docketing and filing fee in full at this time, you may allow the institution of your confinement to pay the fee in installments from your prison account. To do so, you should read, complete and sign the enclosed CONSENT FORM which incorporates provisions authorized by the Act. The form should be returned to this office. Please read the enclosed CONSENT FORM carefully -- it contains important information concerning the requirements of the Act in connection with payment of the filing fee.

If, within 30 days from the date of this notice, you HAVE NOT either:

(1) completed, signed and returned to this office the enclosed CONSENT FORM,

OR

(2) paid the docketing and filing fee in full to the district court,

this appeal will be dismissed for want of prosecution, pursuant to 11th Cir. Rule 42-1(b).

If we receive a completed and signed CONSENT FORM or if we receive notice from the district court that you have paid the docketing and filing fee in full, your appeal will proceed.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Toya J. Stevenson, A
Phone #: (404) 335-6188

Enclosure(s)